UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

FILED
2011 DEC 20 P 2: 15

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEPT. CLERK

*Yvonne M. Reeves* )
_____ )
_____ )
(Enter above the NAME of the
plaintiff in this action.) )

1:11-cv-374

Collier/Lee

v. )

*Local #846 Union* )
*Bechtel Corporation* )
_____ )
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

   B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to the previous lawsuit:

         Plaintiffs: _____
         _____

         Defendants: _____
         _____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

N/A 3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: __N/A__

A. Is there a prisoner grievance procedure in this institution? YES ( ) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO ( )

C. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

2

2. What was the result? _____

N/A

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Yvonne M. Reeves

Present address: 4411 Bonny Oaks Dr.

Permanent home address: Chatt, Tn. 37416

Address of nearest relative: P.O. Box 16701, Chatt., Tn. 37416

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Local #846 Union

Official position: Laborers

Place of employment: 1701 Central Ave. Chatt., Tn. 37408

C. Additional defendants: Bechtel Corporation

Bechtel EEOC Charge No. 494-2010-00901
Laborer EEOC Charge No. 494-2010-00902

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.) Charge of Discrimination see attached 2 pg.

3

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

To review documentations & be open to access any additional information and render justice on my behalf

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 20 day of December, 20 11.

*Yvonne N. Keene*
Signature of plaintiff(s)

5