UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| YVONNE M. REEVES, | ) |
| | ) Civil Action No. 1:11-cv-374 |
| Plaintiff, | ) |
| | ) Judge Collin |
| v. | ) Magistrate Judge Lee |
| | ) |
| BECHTEL CORPORATION and | ) |
| LOCAL #846 LABORERS UNION, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT LOCAL #846'S MOTION TO DISMISS
### FOR FAILURE TO STATE A CLAIM
### UPON WHICH RELIEF CAN BE GRANTED

Local #846 Laborers Union moves to dismiss the pro se complaint of Yvonne M. Reeves for failure to state a claim upon which relief can be granted. As is demonstrated in a supporting memorandum, the complaint is based on a violation of 42 U.S.C. § 1983, but does not allege or suggest Local #846 Laborers Union is a person acting under color of state law.

The memorandum of law is filed simultaneously herewith.

    Respectfully submitted,

    s/R. Jan Jennings
    R. Jan Jennings, BPR No. 1536
    *Branstetter, Stranch & Jennings, PLLC*
    227 Second Avenue North, 4th Floor
    Nashville, TN 37201-1631
    Tel. (615) 254-8801
    Email: jan@branstetterlaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing has been served via United States First Class Mail with adequate postage affixed thereon to:

Yvonne Reeves
4411 Bonny Oaks Drive
Chattanooga, TN 37416

This 14th day of February, 2012.

                                            s/R. Jan Jennings
                                            R. Jan Jennings