UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at Chattanooga

| | |
|---|---|
| YVONNE M. REEVES, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 11-CV-374 |
| v. | ) |
| | ) Judge Collier |
| BECHTEL CONSTRUCTION | ) |
| COMPANY, et al., | ) Magistrate Judge Lee |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties to the action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice, without attorneys' fees or costs to any party as against the other. Counsel have the authority from their respective clients to so stipulate. This stipulation may be filed without further notice to the clerk of the court.

| | |
|---|---|
| BOND, SCHOENECK & KING, PLLC | MICHAEL M. RAULSTON, ESQ. |
| By: /s/ Patrick V. Melfi | By: /s/ Michael M. Raulston |
| Patrick V. Melfi, Esq. | Michael M. Raulston, Esq. |
| Dated: 1/24/13 | Dated: 1/16/13 |
| One Lincoln Center | 511 Georgia Avenue |
| Syracuse, NY 13202 | Chattanooga, TN 37402 |
| (315) 218-8632 | (423) 266-2121 |
| *Attorneys for Defendant Bechtel Construction Co.* | *Attorneys for Plaintiff* |

BRANSTETTER, STRANCH & JENNINGS, PLLC

By: /s/ R. Jan Jennings
R. Jan Jennings, Esq.
Dated: 1/16/13
227 Second Avenue North – 4th Floor
Nashville, TN 37201-1631
(615) 254-8801

*Attorneys for Defendant Local # 846*

**SO ORDERED:**

_____